No. 507. MORGENSTERN & COMPANY, INC., *v.* HOFFMAN-LA ROCHE CHEMICAL WORKS, INC. October 23, 1922. Petition for a writ of certiorari to the Circuit

Court of Appeals for the Second Circuit denied. *Mr. C. A. L. Massie* for petitioner. *Mr. Hans v. Briesen* for respondent.